Michael KNIGHTS, Plaintiff–Appellant,

v.

OXFORD GLOBAL RESOURCES, (Contracting Capacity); Stihl Incorporated, (Third Party Beneficially Capacity and Individual Capacity); Earl Sykes, (Third Party Beneficially Capacity and Individual Capacity); Guy Wallace, (Third Party Beneficially Capacity and Individual Capacity), Defendants–Appellees.

No. 13–2045.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 10, 2014.

Decided: March 7, 2014.

Michael Knights, Appellant Pro Se. Melanie Gayle Augustin, Thomas Joseph Flaherty, Littler Mendelson PC, McLean, Virginia; Sarah Kate McConaughy, Robert W. McFarland, McGuirewoods, LLP, Norfolk, Virginia, for Appellees.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Knights appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion to reopen his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Knights v. Stihl Inc.*, No. 2:10–cv–00260–RAJ–DEM (E.D.Va. July 26, 2013). We grant Knights leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*